No. **CR 07 00361 RMW**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED
2007 JUN -7  A 9:04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

### THE UNITED STATES OF AMERICA

*vs.*

### JOAQUIN ARIAS HERMOSILLO

---

## INDICTMENT

**COUNT ONE**: Title 18, United States Code, Section 641 - Theft of Government Property.
**COUNT TWO**: Title 18, United States Code, Section 922(g)(1) - Felon in Possession of Firearm.
**COUNT THREE**: Title 18, United States Code, Section 922(j) – Possession of Stolen Firearm.

*A true bill.*

_____
*Foreperson*

Filed in open court this ___6___ day of ___June___

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ _No Bail_

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Blvd., 9th Floor
San Jose, California 95113
Telephone: (408) 535-5053
Facsimile: (408) 535-5066

Attorneys for the United States of America

FILED

2007 JUN -7 A 9:04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07 00361 RMW |
| Plaintiff, | No. |
| v. | VIOLATIONS: 18 U.S.C. § 641 - Theft of Government Property; 18 U.S.C.§ 922(g)(1) - Felon in Possession of Firearm; 18 U.S.C. § 922(j) - Possession of Stolen Firearm |
| JOAQUIN ARIAS HERMOSILLO, | |
| Defendant | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE (18 U.S.C. § 641 - Theft of Government Property)

On or about June 19, 2002, in the Northern District of California, the defendant,

JOAQUIN ARIAS HERMOSILLO,

knowingly stole property belonging to the United States or an agency thereof, to wit: a Nextel telephone, two access devices (a Bank One Master Card and a Bank One Commercial Fleet Master Card), as well as credentials and a gold badge identifying the owner as an agent of the United States Drug Enforcement Administration, said property having an aggregate value of

INDICTMENT

1 | more than $1,000.00, in violation of Title 18, United States Code, Section 641.

2 | COUNT TWO (18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm)

3 |     On or about June 19, 2002, in the Northern District of California, the defendant,

4 | JOAQUIN ARIAS HERMOSILLO,

5 | having been previously convicted of a crime punishable by more than a year imprisonment,

6 | knowingly possessed a firearm, to wit: a Glock Model 30 .45 caliber pistol, serial number

7 | CLZ189US in and affecting commerce, in violation of Title 18, United States Code, Section

8 | 922(g)(1).

9 | COUNT THREE (18 U.S.C. § 922(j) - Possession of Stolen Firearm)

10 |     On or about June 19, 2002, in the Northern District of California, the defendant,

11 | JOAQUIN ARIAS HERMOSILLO,

12 | possessed a stolen firearm, to wit: a Glock Model 30 .45 caliber pistol., serial number

13 | CLZ189US, which had been previously shipped or transported in interstate and foreign

14 | commerce, knowing and having reasonable cause to believe that the said firearm was stolen, in

15 | violation of Title 18, United States Code, Section 922(j).

DATED:
06-JUN-2007

A TRUE BILL

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____ )
AUSA O'Connell

INDICTMENT                                           -2-

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

E-FILING   FILED

## OFFENSE CHARGED

COUNT ONE: 18 U.S.C. § 641- Theft of Government Property.
COUNT TWO: 18 U.S.C. § 922(g)(1) -Felon in Possession of Firearm.
COUNT THREE: 18 U.S.C. § 922(j) - Possession of Stolen Firearm.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
10 year term of imprisonment
$250,000 fine
3 years period of supervised release
$100 mandatory special assessment

DEFENDANT - U.S.
▶ JOAQUIN ARIAS HERMOSILLO

2007 JUN -7 A 9:05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

DISTRICT COURT NUMBER

**CR 07 00361 RMW**

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A John O'Brien - F.B.I.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  **THOMAS M. O'CONNELL**

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT  Bail Amount: **NO BAIL**

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: