**\*E-FILED \***

## CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte      **REPORTER:** Lee-Anne Shortridge

**DATE:** June 25, 2007      **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00361-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- JOAQUIN ARIAS HERMOSILLO
     **APPEARANCES:**      (P)

**PLTF:** AUSA: T. O'Connell      **DEFT:** N. Humy

**COURT ACTION: STATUS HEARING**

**Hearing Held. The government has not provided discovery to the defense. The government advised the discovery will be turned out by the end of the week. The Court continued this matter to July 30, 2007 @ 9:00 am for a Status Hearing. The Court excluded time based effective preparation. Time is excluded to 7/30/07. Government to prepare exclusion order.**

*/s/ Jackie Garcia*
   JACKIE GARCIA
**Courtroom Deputy**