1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Chief, Criminal Division
4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5053
7     FAX: (408) 535-5066
      Thomas.M.OConnell@usdoj.gov
8
   Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

   UNITED STATES OF AMERICA,        )    No. CR 07-00361 RMW
                                    )
          Plaintiff,                )
                                    )    STIPULATION AND [PROPOSED]
          v.                        )    ORDER EXCLUDING TIME
                                    )
   JOAQUIN HERMOSILLO,               )
                                    )
          Defendant.                )    SAN JOSE VENUE
                                    )
   _____ )

   On June 35, 2007, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued from June 25, 2007 until July 30, 2007, at 9:00 a.m. in order for counsel for defendant and the Government to engage in what is anticipated will be substantial discovery and to discuss a possible resolution of the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from June 25, 2007 to July 30, 2007. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

   //

   //

STIPULATION AND [PROPOSED] ORDER
NO. 07-00361 RMW                    1

SO STIPULATED:                          SCOTT N. SCHOOLS
                                        United States Attorney

DATED: July 10, 2007                    _____/s/_____
                                        THOMAS M. O'CONNELL
                                        Assistant United States Attorney


DATED: July 10, 2007                    _____/s/_____
                                        Nicholas Humy, AFPD
                                        Counsel for Hermosillo


    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from June 25, 2007 to July 30, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED:


DATED:_____                    _____
                                        RONALD M. WHYTE
                                        United States District Judge