SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5053
  FAX: (408) 535-5066
  Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     ***E-FILED - 7/26/07***

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00361 RMW |
|     Plaintiff, | |
|     v. | STIPULATION AND [] ORDER EXCLUDING TIME |
| JOAQUIN HERMOSILLO, | |
|     Defendant. | SAN JOSE VENUE |

    On June 25, 2007, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued from June 25, 2007 until July 30, 2007, at 9:00 a.m. in order for counsel for defendant and the Government to engage in what is anticipated will be substantial discovery and to discuss a possible resolution of the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from June 25, 2007 to July 30, 2007. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

//

STIPULATION AND [] ORDER
NO. 07-00361 RMW               1

SO STIPULATED:	SCOTT N. SCHOOLS
	United States Attorney

DATED: July 10, 2007	_____/s/_____
	THOMAS M. O'CONNELL
	Assistant United States Attorney


DATED: July 10, 2007	_____/s/_____
	Nicholas Humy, AFPD
	Counsel for Hermosillo

    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from June 25, 2007 to July 30, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED:

DATED:_7/26/07_____	*Ronald M. Whyte*
	RONALD M. WHYTE
	United States District Judge