**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** July 30, 2007     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00361-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- JOAQUIN ARIAS HERMOSILLO (P)
**APPEARANCES:**

**PLTF:** AUSA: B. Kennedy     **DEFT:** N. Humy

**COURT ACTION:** STATUS HEARING

Hearing Held. The defense has received extensive discovery and needs time to review the discovery. The Court continued this matter to September 17, 2007 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 9/17/07. Government to prepare exclusion order.

**JACKIE GARCIA**
**Courtroom Deputy**