SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5053
   FAX: (408) 535-5066
   Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00361 RMW |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| JOAQUIN HERMOSILLO, ) | |
|    Defendants. ) | SAN JOSE VENUE |

    On July 30, 2007, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued from July 30, 2007 until September 17, 2007, at 9:00 a.m. in order for counsel for defendant and the Government to discuss a possible resolution of the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from July 30 2007 to September 17, 2007. The parties agree and stipulate that an

//
//
//

STIPULATION AND [PROPOSED] ORDER
NO. 07-00361 RMW                              1

exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                    SCOTT N. SCHOOLS
                                  United States Attorney


DATED: 08/27/07                   _____/s/_____
                                  THOMAS M. O'CONNELL
                                  Assistant United States Attorney



DATED: 08/27/07                   _____/s/_____
                                  Nicholas Humy, AFPD
                                  Counsel for Hermosillo


Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 30, 2007 to September 17, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED:


DATED:_____                _____
                                  RONALD M. WHYTE
                                  United States District Judge