SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5053
FAX: (408) 535-5066
Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

E-FILED 8/30/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOAQUIN HERMOSILLO, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. CR 07-00361 RMW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

On July 30, 2007, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued from July 30, 2007 until September 17, 2007, at 9:00 a.m. in order for counsel for defendant and the Government to discuss a possible resolution of the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from July 30 2007 to September 17, 2007. The parties agree and stipulate that an

//
//
//

exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                    SCOTT N. SCHOOLS
                                  United States Attorney

DATED: 08/27/07                   _____/s/_____
                                  THOMAS M. O'CONNELL
                                  Assistant United States Attorney


DATED: 08/27/07                   _____/s/_____
                                  Nicholas Humy, AFPD
                                  Counsel for Hermosillo

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 30, 2007 to September 17, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED:


DATED: 8/30/07                    /s/ Ronald M. Whyte
                                  _____
                                  RONALD M. WHYTE
                                  United States District Judge