**\*E-FILED \***

## CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** September 17, 2007       **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00361-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOAQUIN ARIAS HERMOSILLO
        APPEARANCES:                                (P)

**PLTF:** AUSA: T. O'Connell        **DEFT:** B. Carey

**COURT ACTION: STATUS HEARING**

Hearing Held. Defense counsel advised the Court that he was just substituted into the case and needs additional time to review discovery. The Court continued this matter to 10/9/07 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 10/9/07. Government to prepare exclusion order.

        */s/ Jackie Garcia*
        **JACKIE GARCIA**
        **Courtroom Deputy**