SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5053
  FAX: (408) 535-5066
  Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 10/5/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00361 RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER EXCLUDING TIME |
| JOAQUIN HERMOSILLO, ) | |
| Defendants. ) | SAN JOSE VENUE |

On September 17, 2007, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued from September 17, 2007, until October 9, 2007 at 9:00 a.m. in order for counsel for defendant and the Government to discuss a possible resolution of the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from September 17, 2007 to October 9, 2007 at 9:00 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

1  SO STIPULATED:                           SCOTT N. SCHOOLS
                                            United States Attorney

3  DATED:                                   _____/s/_____
                                            THOMAS M. O'CONNELL
4                                           Assistant United States Attorney


6
   DATED:                                   _____/s/_____
7                                           ROBERT CAREY
                                            Counsel for HERMOSILLO

9       Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
10 under the Speedy Trial Act from to September 17, 2007 to October 9, 2007.  The Court finds,
11 based on the aforementioned reasons, that the ends of justice served by granting the requested
12 continuance outweigh the best interest of the public and the defendant in a speedy trial.  The
13 failure to grant the requested continuance would deny defense counsel reasonable time necessary
14 for effective preparation, taking into account the exercise of due diligence, and would result in a
15 miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made
16 under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
17 SO ORDERED.

19 DATED: 10/5/07                            _____
                                             RONALD M. WHYTE
20                                           United States District Judge

STIPULATION AND [] ORDER
NO. 07-00361 RMW                    2