***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Summer Clanton

**DATE:** October 9, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00361-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOAQUIN ARIAS HERMOSILLO
   APPEARANCES:                              (P)

**PLTF:** AUSA: T. O'Connell         **DEFT:** B. Carey

**COURT ACTION: STATUS HEARING**

**Hearing Held. Parties are engaging in settlement negotiations and need additional time to workout a resolution. The government will seek to supersede the indictment, if the case doesn't resolve. The Court continued this matter to 12/3/07 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 12/3/07. Government to prepare exclusion order.**

                            */s/ Jackie Garcia*
                               **JACKIE GARCIA**
                             **Courtroom Deputy**