***E-FILED ***

## CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** December 3, 2007        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00361-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- JOAQUIN ARIAS HERMOSILLO (P)
      **APPEARANCES:**

**PLTF:** AUSA: T. O'Connell        **DEFT:** J. Fong for B. Carey

**COURT ACTION: STATUS HEARING**

Hearing Held. The defense needs time to investigate the case. The Court continued this matter to 1/14/08 @ 9:00 am for a Status Hearing. The Court excluded time based on continuity of counsel. Time is excluded to 1/14/08. Government to prepare exclusion order.

                            */s/ Jackie Garcia*
                              **JACKIE GARCIA**
                            **Courtroom Deputy**