JOSEPH R. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone:  (408) 535-5053
    FAX: (408) 535-5066
    Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00361 RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| JOAQUIN HERMOSILLO, | ) | |
| Defendants. | ) | SAN JOSE VENUE |
| | ) | |

    On October 9, 2007  the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued from until at December 3, 2007 at 9:00 a.m. in order for counsel for defendant and the Government to discuss a possible resolution of the case.  On December 3, 2007 the parties again appeared before the Court for status conference, and  jointly requested that the case be continued until January 14, 2007 at 9:00 a.m. in order for counsel for defendant and the Government to continue to discuss a possible resolution of the case. In addition, the parties requested exclusions of time under the Speedy Trial Act from  October 9, 2007 until December 3, 2007, and from December 3, 2007, until

1    January 14, 2007, at 9:00 a.m.  The parties agree and stipulate that an exclusion of time is

2    appropriate based on the defendant's need for effective preparation of counsel.

3

4    SO STIPULATED:                          SCOTT N. SCHOOLS
                                             United States Attorney
5

6    DATED:                          _____/s/_____
                                             THOMAS M. O'CONNELL
7                                            Assistant United States Attorney

8

9
     DATED:                          _____/s/_____
10                                           ROBERT KERRY
                                             Counsel for HERMOSILLO
11

12           Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

13   under the Speedy Trial Act from October 9, 2007 until December 3, 2007, and from December 3,

14   2007, until January 14, 2007.   The Court finds, based on the aforementioned reasons, that the

15   ends of justice served by granting the requested continuance outweigh the best interest of the

16   public and the defendant in a speedy trial.  The failure to grant the requested continuance would

17   deny defense counsel reasonable time necessary for effective preparation, taking into account the

18   exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore

19   concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and

20   (B)(iv).

21   SO ORDERED.

22

23   DATED:_____

24                                           _____
                                             RONALD M. WHYTE
                                             United States District Judge
25

26

27

28