***E-FILED *__**

## CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** January 14, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00361-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOAQUIN ARIAS HERMOSILLO (P)
   **APPEARANCES:**

**PLTF:** AUSA: T. O'Connell     **DEFT:** B. Carey

**COURT ACTION: STATUS HEARING**

Hearing Held. The parties are unable to resolve the case. The government will seek to supersede the indictment adding additional charges. The Court continued this matter to 3/17/08 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 3/17/08. Government to prepare exclusion order.

            /s/ Jackie Garcia
              **JACKIE GARCIA**
          **Courtroom Deputy**