JOSEPH R. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5053
  FAX: (408) 535-5066
  Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 1/17/08*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00361 RMW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [] ORDER EXCLUDING TIME |
| JOAQUIN HERMOSILLO, ) | |
|     Defendants. ) | SAN JOSE VENUE |

On October 9, 2007 the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued from until at December 3, 2007 at 9:00 a.m. in order for counsel for defendant and the Government to discuss a possible resolution of the case. On December 3, 2007 the parties again appeared before the Court for status conference, and jointly requested that the case be continued until January 14, 2007 at 9:00 a.m. in order for counsel for defendant and the Government to continue to discuss a possible resolution of the case. In addition, the parties requested exclusions of time under the Speedy Trial Act from October 9, 2007 until December 3, 2007, and from December 3, 2007, until

1  January 14, 2007, at 9:00 a.m.  The parties agree and stipulate that an exclusion of time is
2  appropriate based on the defendant's need for effective preparation of counsel.
3
4  SO STIPULATED:                              SCOTT N. SCHOOLS
                                               United States Attorney
5
6  DATED:                              _____/s/_____
                                               THOMAS M. O'CONNELL
7                                              Assistant United States Attorney
8
9
   DATED:                              _____/s/_____
10                                             ROBERT KERRY
                                               Counsel for HERMOSILLO
11
12      Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
13  under the Speedy Trial Act from October 9, 2007 until December 3, 2007, and from December 3,
14  2007, until January 14, 2007.  The Court finds, based on the aforementioned reasons, that the
15  ends of justice served by granting the requested continuance outweigh the best interest of the
16  public and the defendant in a speedy trial.  The failure to grant the requested continuance would
17  deny defense counsel reasonable time necessary for effective preparation, taking into account the
18  exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore
19  concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
20  (B)(iv).
21  SO ORDERED.
22
23  DATED: 1/17/08                     _Ronald M. Whyte_____
                                               RONALD M. WHYTE
24                                             United States District Judge
25
26
27
28

STIPULATION AND [] ORDER
NO. 07-00361 RMW                       2