JOSEPH R. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5053
   FAX: (408) 535-5066
   Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00361 RMW |
| )  Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME |
| ) | |
| JOAQUIN HERMOSILLO, ) | |
| ) | |
| Defendants. ) | SAN JOSE VENUE |
| ) | |

On January 14, 2008 the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued until at March 17, 2008 at 9:00 a.m. in order for counsel for defendant and the Government to continue to discuss a possible resolution of the case and for adequate preparation in the event the case is not resolved and additional charges are presented to the Grand Jury. In addition, the parties requested exclusions of time under the Speedy Trial Act from January 14, 2008 until, March 17, 2008, at 9:00 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's

//

need for effective preparation of counsel.

SO STIPULATED:

                                        JOSEPH R. RUSSONIELLO
                                        United States Attorney

DATED:     2-11-08                    _____/s/_____
                                        THOMAS M. O'CONNELL
                                        Assistant United States Attorney


DATED:     2-11-08                    _____/s/_____
                                        ROBERT CAREY
                                        Counsel for HERMOSILLO

     Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from January 14, 2008 until, March 17, 2008, The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:_____                   _____
                                          RONALD M. WHYTE
                                          United States District Judge