***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Summer Clanton

**DATE:** March 17, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00361-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOAQUIN ARIAS HERMOSILLO
     **APPEARANCES:**                           (P)

**PLTF:** AUSA: J. Schenk for T. O'Connell    **DEFT:** B. Carey

**COURT ACTION: STATUS HEARING**

**Hearing Held. The government has tendered an offer to the defense. The defense needs time to review the proposal. The Court continued this matter to 4/7/08 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 4/7/08. Government to prepare exclusion order.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jackie Garcia*
　　　　　　　　　　　　　　　　　　　　　　　　　**JACKIE GARCIA**
　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**