No. 07-CR-00361 RMW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

### SAN JOSE DIVISION



## THE UNITED STATES OF AMERICA

*vs.*

## JOAQUIN ARIAS HERMOSILLO

## SUPERSEDING INDICTMENT

**COUNT ONE AND FOUR:** Title 18, United States Code, Section 641 - Theft of Government Property.
**COUNT TWO, FIVE AND SEVEN:** Title 18, United States Code, Section 922(g)(1) - Felon in Possession of Firearm.
**COUNT THREE, SIX AND EIGHT:** Title 18, United States Code, Section 922(j) - Possession of Stolen Firearm

*A true bill.*

*Ramona L. Wills*

*Foreperson*

Filed in open court this _2_ day of _April_

A.D. 2008

UNITED STATES MAGISTRATE JUDGE

~~Bail. $~~ Simmons

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

APR -2 P 2: 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 07-00361 RMW |
|---|---|
| Plaintiff, | VIOLATION: 18 U.S.C. § 641 - Theft of Government Property; 18 U.S.C.§ 922(g)(1) - Felon in Possession of Firearm; 18 U.S.C. § 922(j) - Possession of Stolen Firearm |
| v. | |
| JOAQUIN ARIAS HERMOSILLO, | |
| Defendant. | SAN JOSE VENUE |

<u>S U P E R S E D I N G   I N D I C T M E N T</u>

The Grand Jury charges:

<u>COUNT ONE</u> (18 U.S.C. § 641 - Theft of Government Property)

On or about June 19, 2002, in the Northern District of California, the defendant,

JOAQUIN ARIAS HERMOSILLO,

knowingly stole property belonging to the United States or an agency thereof, to wit: a Nextel telephone, two access devices (a Bank One Mastercard and a Bank One Commercial Fleet Master Card), as well as credentials and a gold badge identifying the owner as an agent of the Drug Enforcement Administration, said property having an aggregate value of more than $1,000.00, in violation of Title 18, United States Code, Section 641.

///

///

**INDICTMENT**

1 | COUNT TWO (18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm)
2 | On or about June 19, 2002, in the Northern District of California, the defendant,
3 | JOAQUIN ARIAS HERMOSILLO,
4 | having been convicted of a crime punishable by imprisonment, for a term exceeding one year,
5 | knowingly possessed a firearm, to wit: a Glock Model 30 .45 cal., serial number CLZ189US, in
6 | and affecting commerce, in violation of Title 18, United States Code, Section 922(g).
7 | COUNT THREE (18 U.S.C. § 922(j) - Possession of Stolen Firearm)
8 | On or about June 19, 2002, in the Northern District of California, the defendant,
9 | JOAQUIN ARIAS HERMOSILLO,
10 | knowingly possessed a stolen firearm, to wit: a Glock Model 30 .45 cal., serial number
11 | CLZ189US, which had been shipped or transported from one state to another or from a foreign
12 | nation to the United States either before or after it was stolen, knowing and having reasonable
13 | cause to believe that the firearm had been stolen, in violation of Title 18, United States Code,
14 | Section 922(j).
15 | COUNT FOUR (18 U.S.C. § 641 - Theft of Government Property)
16 | On or about March 1, 2004, in the Northern District of California, the defendant,
17 | JOAQUIN ARIAS HERMOSILLO,
18 | knowingly stole property belonging to the United States or an agency thereof, to wit: a 2001
19 | Chevrolet Impala, an HK 10 mm submachine gun serial number 68-3444, a Sig Sauer P228
20 | Pistol serial number B245736, a quantity of ammunition, as well as credentials and a gold badge
21 | identifying the owner as an agent of the Federal Bureau of Investigation, said property having an
22 | aggregate value of more than $1,000.00, in violation of Title 18, United States Code, Section
23 | 641.
24 | COUNT FIVE (18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm)
25 | On or about March 1, 2004, in the Northern District of California, the defendant,
26 | JOAQUIN ARIAS HERMOSILLO,
27 | having been convicted of a crime punishable by imprisonment, for a term exceeding one year
28 | knowingly possessed, a firearm, to wit: an HK10 mm submachine gun, serial number 68-3444, in

INDICTMENT                                -2-

1 | and affecting commerce, in violation of Title 18, United States Code, Section 922(g).
2 | COUNT SIX (18 U.S.C. § 922(j) - Possession of Stolen Firearm)
3 |       On or about March 1, 2004, in the Northern District of California, the defendant,
4 | JOAQUIN ARIAS HERMOSILLO,
5 | knowingly possessed a stolen firearm, to wit: an HK 10 mm submachine gun serial number 68-
6 | 3444, which had been shipped or transported from one state to another or from a foreign
7 | nation to the United States either before or after it was stolen, knowing and having reasonable
8 | cause to believe that the firearm had been stolen, in violation of Title 18, United States Code,
9 | Section 922(j).
10 | COUNT SEVEN (18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm)
11 |       On or about March 1, 2004, in the Northern District of California, the defendant,
12 | JOAQUIN ARIAS HERMOSILLO,
13 | having been convicted of a crime punishable by imprisonment, for a term exceeding one year,
14 | knowingly possessed a firearm, to wit: Sig Sauer P228 Pistol serial number B245736 and a
15 | quantity of ammunition, in and affecting commerce, in violation of Title 18, United States Code,
16 | Section 922(g).
17 | COUNT EIGHT (18 U.S.C. § 922(j) - Possession of Stolen Firearm)
18 |       On or about March 1, 2004, in the Northern District of California, the defendant,
19 | JOAQUIN ARIAS HERMOSILLO,
20 | knowingly possessed a stolen firearm, to wit: Sig Sauer P228 Pistol serial number B245736,
21 | which had been shipped or transported from one state to another or from a foreign nation to the
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

INDICTMENT       -3-

1  United States either before or after it was stolen, knowing and having reasonable cause to believe
2  that the firearm had been stolen, in violation of Title 18, United States Code, Section 922(j).
3  DATED: 4/2/08

A TRUE BILL

*[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: *[signature]* )
AUSA O'Connell

INDICTMENT                -4-

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED

### OFFENSE CHARGED

[SEE ATTACHED]

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
[SEE ATTACHED PENALTY SHEET]

---- DEFENDANT - U.S. ----

▶ JOAQUIN ARIAS HERMOSILLO

2008 APR -2 P 2:10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER
CR 07 00361 RMW

---- DEFENDANT ----

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?　☐ Yes　☐ No　} If "Yes" give date filed

DATE OF ARREST ▶　Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶　Month/Day/Year

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A Scott O'Brien - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
　☐ U.S. Att'y ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.
07 00361 RMW

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) TOM O'CONNELL

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT　Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# ATTACHMENT TO PENALTY SHEET
## UNITED STATES v. JOAQUIN ARIAS HERMOSILLO
### INDICTMENT

**COUNT ONE and FOUR:** Title 18 United States Code, Sections 641 Theft of Government Property.

    PENALTIES:

    Maximum:    10 years imprisonment
                        $250,000 fine
                        3 years supervised release
                        $100 mandatory special assessment

**COUNT TWO, FIVE, and SEVEN:** Title 18, United States Code, Sections 922(g)(1) Felon in Possession of Firearm.

    PENALTIES:

    Maximum:    10 years imprisonment
                        $250,000 fine
                        3 years supervised release
                        $100 mandatory special assessment

**COUNT THREE, SIX, and EIGHT:** Title 18, United States Code, Sections 922(j) Possession of Stolen Firearm.

    PENALTIES:

    Maximum:    10 years imprisonment
                        $250,000 fine
                        3 years supervised release
                        $100 mandatory special assessment