1 | JOSEPH R. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

4 | THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney          E-FILED 4/4/08

5

6 | 150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5053

7 | FAX: (408) 535-5066
Thomas.M.OConnell@usdoj.gov

8

Attorneys for Plaintiff

9

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

14

UNITED STATES OF AMERICA,    )    No. CR 07-00361 RMW
                             )
    Plaintiff,               )
                             )    STIPULATION AND XXXXXXXXXX]
    v.                       )    ORDER EXCLUDING TIME
                             )
JOAQUIN HERMOSILLO,          )
                             )
    Defendants.              )    SAN JOSE VENUE
                             )
                             )

On March 17, 2008, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued until April 7, 2008 at 9:00 a.m. in order for counsel for defendant and the Government to continue to discuss a possible resolution of the case, including a possible referral to a Magistrate Judge for a settlement conference, and for adequate preparation in the event the case is not resolved and additional charges are presented to the Grand Jury. In addition, the parties requested exclusions of time under the Speedy Trial Act from March 17, 2008, to April 7, 2008, at 9:00 a.m. The parties

STIPULATION AND [PROPOSED] ORDER
NO. 07-00361 RMW            1

1  agree and stipulate that an exclusion of time is appropriate based on the defendant's need for
2  effective preparation of counsel.

4  SO STIPULATED:                    JOSEPH R. RUSSONIELLO
                                     United States Attorney

6  DATED: 03/31/08                   _____/s/_____
                                     THOMAS M. O'CONNELL
7                                    Assistant United States Attorney

9
10 DATED:   03/31/08                 _____/s/_____
                                     ROBERT KERRY
                                     Counsel for HERMOSILLO

12      Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
13 under the Speedy Trial Act from March 17, 2008, until  April 7, 2008.   The Court finds, based
14 on the aforementioned reasons, that the ends of justice served by granting the requested
15 continuance outweigh the  interest of the public and the defendant in a speedy trial.  The failure
16 to grant the requested continuance would deny defense counsel reasonable time necessary for
17 effective preparation, taking into account the exercise of due diligence, and would result in a
18 miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made
19 under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
20 SO ORDERED.

22 DATED: April 4, 2008              /s/ Ronald M. Whyte
                                     _____
                                     RONALD M. WHYTE
23                                   United States District Judge