***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** April 7, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00361-RMW

**TITLE:** UNITED STATES OF AMERICA -v- JOAQUIN ARIAS HERMOSILLO
    **APPEARANCES:** (P)

**PLTF:** AUSA: J. Nedrow     **DEFT:** B. Carey

**COURT ACTION: STATUS HEARING**

**Hearing Held. The government filed a superseding indictment. The defense needs time to obtain discovery on the new charges in the superseding indictment. The Court continued this matter to 6/9/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 6/9/08. Government to prepare exclusion order.**

                                        */s/ Jackie Garcia*
                                          JACKIE GARCIA
                                        **Courtroom Deputy**