JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5053
  FAX: (408) 535-5066
  Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00361 RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| JOAQUIN HERMOSILLO, ) | |
| Defendants. ) | SAN JOSE VENUE |

    On April 7, 2008, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued until June 9, 2008 at 9:00 a.m. in order for counsel for defendant to be provided additional discovery by the Government, based upon the superseding indictment, returned April 2, 2008 and for adequate review of said discovery and preparation. In addition, the parties requested exclusions of time under the Speedy Trial Act from April 7, 2008, to June 9, 2008, at 9:00 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                              JOSEPH R. RUSSONIELLO
                                            United States Attorney

DATED: April 9, 2008                        _____/s/_____
                                            THOMAS M. O'CONNELL
                                            Assistant United States Attorney


DATED: April 9, 2008                        _____/s/_____
                                            ROBERT CAREY
                                            Counsel for HERMOSILLO

     Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 7, 2008, to June 9, 2008, at 9:00 a.m. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:_____                        _____
                                            RONALD M. WHYTE
                                            United States District Judge