JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

 150 Almaden Blvd., Suite 900
 San Jose, California 95113
 Telephone: (408) 535-5053
 FAX: (408) 535-5066
 Thomas.M.OConnell@usdoj.gov

*E-FILED - 4/17/08*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br>JOAQUIN HERMOSILLO,                 )<br>                                    )<br>          Defendants.               )<br>_____) | No. CR 07-00361 RMW<br><br>STIPULATION AND []<br>ORDER EXCLUDING TIME<br><br><br>SAN JOSE VENUE |

On April 7, 2008, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued until June 9, 2008 at 9:00 a.m. in order for counsel for defendant to be provided additional discovery by the Government, based upon the superseding indictment, returned April 2, 2008 and for adequate review of said discovery and preparation. In addition, the parties requested exclusions of time under the Speedy Trial Act from April 7, 2008, to June 9, 2008, at 9:00 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [] ORDER
NO. 07-00361 RMW                    1

1  SO STIPULATED:                    JOSEPH R. RUSSONIELLO
                                     United States Attorney

3  DATED: April 9, 2008              _____/s/_____
                                     THOMAS M. O'CONNELL
4                                    Assistant United States Attorney

6
   DATED: April 9, 2008              _____/s/_____
7                                    ROBERT CAREY
                                     Counsel for HERMOSILLO

9       Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 7, 2008, to June 9, 2008, at 9:00 a.m.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 4/17/08                       *Ronald M. Whyte*
                                     _____
                                     RONALD M. WHYTE
                                     United States District Judge