## PROPOSED ORDER/COVER SHEET

TO:   Honorable Patricia Trumbull          RE:   JOAQUIN HERMOSILLO
      U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief          DOCKET NO.:  CR07-00361 RMW
      U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados                           (408) 535-5223
U.S. Pretrial Services Officer             TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: April 17, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[initialed] Modification(s)

A. **The defendant shall attend mental health/ substance abuse counseling as directed by Pretrial Services**

B. **The defendant shall submit to chemical testing as directed by Pretrial Services**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____
_____

[signature] Patricia V. Trumbull                    4/21/08
JUDICIAL OFFICER                                    DATE

Cover Sheet (03/26/08)