PROPOSED ORDER/COVER SHEET

TO:     Honorable Patricia Trumbull          RE:     JOAQUIN HERMOSILLO
        U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief          DOCKET NO.:   CR07-00361 RMW
        U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jaime A. Carranza                            (408) 535-5226
U.S. Pretrial Services Officer               TELEPHONE NUMBER

RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: May 9, 2008

MAY 12 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __5__ on __5/14/08__ at __9:30 AM__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
  A.
  B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____          __5/12/08__
JUDICIAL OFFICER                           DATE
Patricia V. Trumbull

Cover Sheet (03/26/08)