DOCUMENTS UNDER SEAL □    TOTAL TIME (mins): 4 min.

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Corinne Lew | REPORTER/FTR<br>FTR: 12:09 - 12:13 | | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | DATE<br>5/22/08 | NEW CASE<br>□ | CASE NUMBER<br>CR 07-00361 RMW | |

## APPEARANCES

| DEFENDANT<br>Joaquin Hermosillo | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Bob Carey | PD. □ RET. □<br>APPT. □ |
| U.S. ATTORNEY<br>T. O'Connell | INTERPRETER | | | FIN. AFFT<br>SUBMITTED □ | COUNSEL APPT'D □ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>J. Carranza | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL □ | PARTIAL PAYMENT<br>OF CJA FEES □ | |

## PROCEEDINGS SCHEDULED TO OCCUR

| □ INITIAL APPEAR | □ PRELIM HRG | □ MOTION | □ JUGM'T & SENTG | ☒ STATUS |
| □ I.D. COUNSEL | □ ARRAIGNMENT | □ BOND HEARING | □ INITIAL APPEAR<br>REV PROB OR S/R | □ OTHER |
| □ DETENTION HRG | □ ID / REMOV HRG | □ CHANGE PLEA | □ PROB. REVOC. | □ ATTY APPT<br>HEARING |

## INITIAL APPEARANCE

| □ ADVISED<br>OF RIGHTS | □ ADVISED<br>OF CHARGES | □ NAME AS CHARGED<br>IS TRUE NAME | □ TRUE NAME: |

## ARRAIGNMENT

| □ ARRAIGNED ON<br>INFORMATION | □ ARRAIGNED ON<br>INDICTMENT | □ READING WAIVED<br>SUBSTANCE | □ WAIVER OF INDICTMENT FILED |

## RELEASE

| □ RELEASED<br>ON O/R | □ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | □ PASSPORT<br>SURRENDERED<br>DATE: |
| PROPERTY TO BE POSTED<br>□ CASH $ | | CORPORATE SECURITY □ | REAL PROPERTY: □ | |
| □ MOTION<br>FOR<br>DETENTION | □ PRETRIAL<br>SERVICES<br>REPORT | □ DETAINED □ RELEASED | □ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | □ REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| □ CONSENT<br>ENTERED | □ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
| □ PRESENTENCE<br>REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT<br>FILED | OTHER: |

## CONTINUANCE

| TO:<br>6/9/08 | □ ATTY APPT<br>HEARING | □ BOND<br>HEARING | □ STATUS RE:<br>CONSENT | ☒ STATUS /<br>TRIAL SET |
| AT:<br>11:00 a.m. | □ SUBMIT FINAN.<br>AFFIDAVIT | □ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | □ CHANGE OF<br>PLEA | □ OTHER |
| BEFORE HON.<br>Patricia V. Trumbull | □ DETENTION<br>HEARING | | □ MOTIONS | □ JUDGMENT &<br>SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | □ IDENTITY /<br>REMOVAL<br>HEARING | □ PRETRIAL<br>CONFERENCE | □ PROB/SUP REV.<br>HEARING |

## ADDITIONAL PROCEEDINGS

STATUS HEARING HELD. THE DEFENDANT DOING WELL HE WILL REPORT BACK TO MAGISTRATE TRUMBULL ON 6/9/08 FOR STATUS REPORT.