| | |
|---|---|
| U.S.A.,<br><br>          Plaintiff,<br><br>     v.<br><br>JOAQUIN ARIAS HERMOSILLO,<br><br>          Defendant. | ***E-FILED - 6/5/08***<br><br>CASE NO.: CR-07-00361-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF STATUS HEARING** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLEASE TAKE NOTICE that the Status Hearing in the above-entitled matter which was previously set for June 9, 2008, has been continued to **June 30, 2008 @ 9:00 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: June 5, 2008

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

| | |
|---|---|
| 1 | Copy of Order E-Filed to Counsel of Record: |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |