***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte            **REPORTER:** Lee-Anne Shortridge

**DATE:** June 30, 2008                **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00361-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOAQUIN ARIAS HERMOSILLO (P)
         **APPEARANCES:**

**PLTF:** AUSA: T. O'Connell            **DEFT:** J. Fong for B. Carey

**COURT ACTION:** STATUS HEARING

**Hearing Held. Defense counsel was unavailable and in trial. The Court continued this matter to 8/4/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on continuity of of counsel. Time is excluded to 8/4/08. Government to prepare exclusion order.**

                                    */s/ Jackie Garcia*
                                       **JACKIE GARCIA**
                                    **Courtroom Deputy**