JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5053
  FAX: (408) 535-5066
  Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> JOAQUIN HERMOSILLO, ) <br> ) <br>     Defendants. ) <br> ) <br>_____ ) | No. CR 07-00361 RMW <br><br> STIPULATION AND [PROPOSED] <br> ORDER EXCLUDING TIME <br><br><br> SAN JOSE VENUE |

    On June 9, 2008, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued until June 30, 2008 at 9:00 a.m. in order for counsel for defendant to be provided the opportunity for adequate review of additional discovery, and for preparation. On June 30, 2008, the parties in this case appeared again before the Court for status conference. At that time, the parties jointly requested that the case be continued until August 4, 2008 at 9:00 a.m. to ensure sufficient time for further review of the additional discovery by defense counsel, before setting a trial date, and for adequate preparation. In addition, the parties requested exclusions of time under the Speedy Trial Act from June 9,

2008, until June 30, 2008 and from June 30, 2008, until August 4, 2008.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                            JOSEPH R. RUSSONIELLO
                                          United States Attorney

DATED: 7/14/08                            _____/s/_____
                                          THOMAS M. O'CONNELL
                                          Assistant United States Attorney


DATED: 7/14/08                            _____/s/_____
                                          ROBERT CAREY
                                          Counsel for HERMOSILLO

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from June 9, 2008, until August 4, 2008.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:_____                      _____
                                          RONALD M. WHYTE
                                          United States District Judge