JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5053
FAX: (408) 535-5066
Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 8/4/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00361 RMW |
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER EXCLUDING TIME |
| JOAQUIN HERMOSILLO, | |
| Defendants. | SAN JOSE VENUE |

On June 9, 2008, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued until June 30, 2008 at 9:00 a.m. in order for counsel for defendant to be provided the opportunity for adequate review of additional discovery, and for preparation. On June 30, 2008, the parties in this case appeared again before the Court for status conference. At that time, the parties jointly requested that the case be continued until August 4, 2008 at 9:00 a.m. to ensure sufficient time for further review of the additional discovery by defense counsel, before setting a trial date, and for adequate preparation. In addition, the parties requested exclusions of time under the Speedy Trial Act from June 9,

1  2008, until June 30, 2008 and from June 30, 2008, until August 4, 2008.  The parties agree and
2  stipulate that an exclusion of time is appropriate based on the defendant's need for effective
3  preparation of counsel.

5  SO STIPULATED:                          JOSEPH R. RUSSONIELLO
                                           United States Attorney

7  DATED: 7/14/08                          _____/s/_____
                                           THOMAS M. O'CONNELL
8                                          Assistant United States Attorney

10 DATED: 7/14/08                          _____/s/_____
11                                         ROBERT CAREY
                                           Counsel for HERMOSILLO

13      Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
14 under the Speedy Trial Act from June 9, 2008, until August 4, 2008.   The Court finds, based on
15 the aforementioned reasons, that the ends of justice served by granting the requested continuance
16 outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the
17 requested continuance would deny defense counsel reasonable time necessary for effective
18 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
19 of justice.  The Court therefore concludes that this exclusion of time should be made under 18
20 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
21 SO ORDERED.

23 DATED:___8/4/08_____                  _/s/ Ronald M. Whyte_____
                                           RONALD M. WHYTE
24                                         United States District Judge

STIPULATION AND [] ORDER
NO. 07-00361 RMW                           2