***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Summer Clanton

**DATE:** August 4, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00361-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOAQUIN ARIAS HERMOSILLO
       **APPEARANCES:**                                (P)

**PLTF:** AUSA: T. O'Connell     **DEFT:** B. Carey

**COURT ACTION: STATUS HEARING**

**Hearing Held. The parties advised the government will be superseding the present indictment. The parties are unable to resolve the case. The government to provide additional discovery to the defense. The Court continued this matter to 9/15/08 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 9/15/08. Government to prepare exclusion order.**

               */s/ Jackie Garcia*
                  **JACKIE GARCIA**
                **Courtroom Deputy**