**\*E-FILED \***

## CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte                 **REPORTER:** Lee-Anne Shortridge

**DATE:** September 15, 2008             **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00361-RMW

**TITLE:** UNITED STATES OF AMERICA      -v- JOAQUIN ARIAS HERMOSILLO
           **APPEARANCES:**                   (P)

**PLTF:** AUSA: T. O'Connell              **DEFT:** B. Carey

**COURT ACTION:** STATUS HEARING

**Hearing Held. Counsel advised that they have exchanged documents and defense needs additional time to review case and/or workout a resolution. The Court continued this matter to 11/3/08 @ 9:00 AM for a Status Hearing. The government will seek to supersede the indictment, if the parties are unable to reach a resolution. The Court excluded time based on effective preparation. Time is excluded to11/3/08. Government to prepare exclusion order.**

*/s/ Jackie Garcia*
      **JACKIE GARCIA**
      **Courtroom Deputy**