ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
JOAQUIN ARIAS HERMOSILLO

*E-FILED - 11/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-07-00361 RMW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [] ORDER THEREON |
| vs. | |
| JOAQUIN ARIAS HERMOSILLO, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JOAQUIN ARIAS HERMOSILLO, that the date set for judgment and sentence which is currently set for November 3, 2008, be continued to Monday, January 12, 2009, at 9:00 am.

A superseding indictment has just been filed in this case, and therefore, plea negotiations are on-going at this time.

IT IS SO STIPULATED.

DATED:  October 29, 2008        CAREY & CAREY


                                /S/
                                ROBERT E. CAREY, JR. Attorneys for
                                Defendant JOAQUIN ARIAS HERMOSILLO

1
STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCE  AND ORDER THEREON

DATED: __10/29__, 2008          UNITED STATES OF AMERICA

                                           /s/
                                        THOMAS M. O'CONNELL,
                                        Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of Mr. HERMOSILLO currently set for November 3, 2008, be continued to Monday, January 12, 2009, at 9:00 am.

DATED: __11/5__, 2008          _____ for
                                        HON. RONALD M. WHYTE
                                        U.S. DISTRICT COURT JUDGE