ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
JOAQUIN ARIAS HERMOSILLO

***E-FILED - 11/6/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOAQUIN ARIAS HERMOSILLO,<br>Defendant.<br>_______________________/ | CASE NO. CR-07-00361 RMW<br><br>STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [] ORDER THEREON |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JOAQUIN ARIAS HERMOSILLO, that the date set for judgment and sentence which is currently set for November 3, 2008, be continued to Monday, January 12, 2009, at 9:00 am.

A superseding indictment has just been filed in this case, and therefore, plea negotiations are on-going at this time.

IT IS SO STIPULATED.

DATED: October 29, 2008 CAREY & CAREY

/S/
ROBERT E. CAREY, JR. Attorneys for Defendant JOAQUIN ARIAS HERMOSILLO

DATED: 10/29, 2008

UNITED STATES OF AMERICA

/s/

THOMAS M. O'CONNELL,
Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of Mr. HERMOSILLO currently set for November 3, 2008, be continued to Monday, January 12, 2009, at 9:00 am.

DATED: 11/5, 2008

for

HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE