1   ROBERT E. CAREY, JR., ESQ. (SBN 47556)
    CAREY & CAREY
2   706 COWPER STREET
    P.O. BOX 1040
3   PALO ALTO, CA  94302-1040
    650/328-5510
4   650/853-3632 FAX

5   Attorneys for Defendant         *E-FILED - 10/8/09*
    JOAQUIN ARIAS HERMOSILLO
6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                SAN JOSE DIVISION

11   UNITED STATES OF AMERICA,     CASE NO. CR-07-00361 RMW

12             Plaintiff,       STIPULATION TO CONTINUE
                            DATE SET FOR STATUS HEARING
13     vs.                   AND [] ORDER THEREON

14   JOAQUIN ARIAS HERMOSILLO,

15             Defendant.

16

17       ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL,

18   ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY,

19   JR., counsel for Defendant JOAQUIN ARIAS HERMOSILLO, that the status

20   hearing which is currently set for September 28, 2009, be continued to Monday,

21   October 5, 2009, at 9:00 am.

22       This continuance is necessitated by the fact that defense counsel has a

23   doctor's appointment which has just been confirmed on the morning of

24   September 28 to review results of a variety of tests that have been on-going

25   for well over a month.  Defense counsel's physician will  be on sabbatical for the

26   month of October, so this is the only date and time on which this appointment

27   could be made.

28       The parties further stipulate that the Court may exclude the period of

1  time from September 28, 2009 through and including October 5, 2009 from the

2  computation of the period of time within which the trial must commence , due

3  to the reasons set forth above.

4       IT IS SO STIPULATED.

5

6  DATED:  September 23, 2009              CAREY & CAREY

7

8                                    _____/S/_____
                                    ROBERT E. CAREY, JR. Attorneys for
9                                    Defendant JOAQUIN ARIAS HERMOSILLO

10

11  DATED:  ____9/23_____, 2009         UNITED STATES OF AMERICA

12

13                                    _____/s/_____
                                    THOMAS M. O'CONNELL,
14                                    Assistant U.S. Attorney

15

16

17                                    ORDER

18       GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,

19  and decreed, that the status conference currently set for September 28, 2009

20  be continued to Monday, October 5, 2009, at 9:00 am.

21       The Court further orders that time be excluded under the Speedy Trial Act

22  from September 28, 2009 until October 5, 2009.  The Court finds, based on the

23  aforementioned reasons, that the ends of justice served by granting the

24  requested continuance outweigh the interest of the public and the defendant

25  in a speedy trial.

26

27  DATED:  __10/8_____, 2009         _____

28                                    HON. RONALD M. WHYTE
                                    U.S. DISTRICT COURT JUDGE