JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5053
  FAX: (408) 535-5066
  Thomas.M.OConnell@usdoj.gov

*E-FILED - 3/12/10*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>    v. )<br>)<br>JOAQUIN HERMOSILLO, )<br>)<br>  Defendants. )<br>                              ) | No. CR 07-00361 RMW<br><br>AMENDED<br>STIPULATION AND []<br>ORDER EXCLUDING TIME<br><br><br>SAN JOSE VENUE |

    On February 1, 2010 the parties in this case appeared before the Court for status conference. This was the first appearance by new defense counsel. At that time he requested that the case be continued until March 8, at 9:00 a.m. in order to obtain discovery from prior counsel and have the opportunity for adequate review of discovery, to file discovery motions, and to determine a motions schedule in the event the case was not resolved by plea. However, counsel only received discovery, which is voluminous, from prior counsel last week. The defense therefore requests, and the Government does not oppose, a continuance to May 3, 2010, for status, and that exclusions of time under the Speedy Trial Act from March 8, 2010 until May 3, 2010 be granted.

The parties stipulate and agree that such an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

DATED: March 10, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

        /s/
THOMAS M. O'CONNELL
Assistant United States Attorney

        /s/
MICHAEL WHELAN
Counsel for HERMOSILLO

STIPULATION AND [] ORDER
NO. 07-00361 RMW                              2

1

## ORDER

2        Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
3   under the Speedy Trial Act from March 8, 2010, until May 3, 2010.  The Court finds, based on
4   the aforementioned reasons, that the ends of justice served by granting the requested continuance
5   outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the
6   requested continuance would deny defense counsel reasonable time necessary for effective
7   preparation, taking into account the exercise of due diligence, and would result in a miscarriage
8   of justice.  The Court therefore concludes that this exclusion of time should be made under 18
9   U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

10

11   IT IS SO ORDERED.

12

13   DATED:   3/12/10         _____*Ronald M. Whyte*_____
                              RONALD M. WHYTE
14                            United States District Judge

STIPULATION AND [] ORDER
NO. 07-00361 RMW                    3