MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5053
   FAX: (408) 535-5066
   Thomas.M.OConnell@usdoj.gov

*E-FILED - 2/9/11*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00361 RMW |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND [] ORDER EXCLUDING TIME |
| JOAQUIN HERMOSILLO, ) | |
|    Defendants. ) | SAN JOSE VENUE |

On May 3, 2010 the parties in this case appeared before the Court for status conference. This was the second appearance by new defense counsel. At that time the parties stipulated to continue the case for status, and for exclusions of time under the Speedy Trial Act, until July 12, 2010. On July 12, 2010, the parties again appeared before the court and the case was set for trial, with exclusions of time under the Speedy Trial Act, on December 6, 2010. On November 29, 2010, the parties appeared before the court, which at that time granted defendant's Unopposed Motion to Continue Trial, with exclusions of time under the Speedy Trial Act, until March 7, 2011.

1    In the interim, the parties have worked diligently to ensure that the defense has obtained all
2 discovery, which is voluminous, from prior counsel, and have attempted to resolve the case
3 repeatedly, without success.   The Government's final offer was rejected by the defendant two
4 weeks ago, on January 19, 2011.  (A new Magistrate Judge was assigned to the case on
5 December 16, 2011,  and the defendant filed a Motion for Discovery on January 27, 2011.)
6    The parties hereby stipulate and agree that the current trial date be vacated and continued to a
7 date and  time convenient for the court, but no earlier than July, 2011.  The reasons are
8 numerous.  Defense counsel recently finished a trial which consumed much of his time to
9 prepare. Moreover, Government co-counsel was recently promoted and transferred to San
10 Francisco, and has been dealing with issues relating to his new position and office
11 reorganization.  Further, the undersigned Government counsel has commitments the weeks of
12 February 21, 2011 (President's Day week), as well as March 28, 2011,  which include out of
13 town medical appointments, and defense counsel has family obligations which will render him
14 unavailable from mid-May to mid-June .
15    The parties hereby stipulate and agree to exclusions of time under the Speedy Trial Act, and
16 that said exclusions of time are appropriate based on the defendant's need for effective
17 preparation of counsel.
18    The parties further request that Feb. 10, 2011, the date now set for Pretrial Conference and
19 Discovery Motion Hearing, be converted to a Status Hearing and Discovery Motion Hearing.
20
21   .
22 SO STIPULATED:                           MELINDA HAAG
                                           United States Attorney
23
24 DATED: February 3, 2011                 _____/s/_____
                                           THOMAS M. O'CONNELL
25                                          Assistant United States Attorney
26
27 DATED: February 3, 2011                 _____/s/_____
                                           MICHAEL WHELAN
28                                          Counsel for HERMOSILLO

1  Accordingly, for good cause shown, the Court HEREBY ORDERS that February 10, 2011,
2  the date now set for Pretrial Conference and Discovery Motion Hearing, is converted to a Status
3  Hearing and Discovery Motion Hearing, and that time is excluded under the Speedy Trial Act
4  from May 3, 2010, until a date and time for trial to be determined by and which is convenient for
5  the court (no earlier than July, 2011).  The Court finds, based on the aforementioned reasons, that
6  the ends of justice served by granting the requested continuance outweigh the interest of the
7  public and the defendant in a speedy trial. The failure to grant the requested continuance would
8  deny defense counsel reasonable time necessary for effective preparation, taking into account the
9  exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore
10  concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
11  (B)(iv).
12  SO ORDERED.

14  DATED: 2/9/11                                      /s/ Ronald M. Whyte
                                                      RONALD M. WHYTE
15                                                    United States District Judge

16  *The parties are advised that the discovery motion is referred to Magistrate Judge Grewal.
    The parties are to contact the clerk for Judge Grewal for the next available hearing date.