UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

             Plaintiff,

v.

Joaquin Hermosillo

             Defendant.

_____/

No. CR 07-00361 RMW

**ORDER - CJA CONTRIBUTIONS DUE**

      It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

      IT IS HEREBY ORDERED THAT:

[X]    THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ _100-_ PER MONTH, until the case is concluded or until further order of the Court, commencing:

    [ ] That certain date of _11/10/14_ and the SAME DAY each month thereafter;

    [X] MAIL TO:    Clerk, U.S. District Court
                  280 South First Street, Room 2112
                  San Jose, CA 95113-3095

[ ]    THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY _____.

    [ ] MAIL TO:    Clerk, U.S. District Court
                  280 South First Street, Room 2112
                  San Jose, CA 95113-3095

      Please indicate that this is a CJA payment and include the case number.

DATED: 10/30/14

_____
Howard R. Lloyd, U.S. Magistrate Judge

United States District Court
For the Northern District of California